**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL SCHWARTZ | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE: |
| | ) | |
| THE LITIGATION PRACTICE GROUP PC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL FILED BY DEFENDANT
THE LITIGATION PRACTICE GROUP PC**

Without consenting to service of process or to the jurisdiction of this tribunal, Defendant The Litigation Practice Group PC ("Defendant" or "LPG") hereby removes this action from the Hamilton County Municipal Court (Small Claims Division) in Cincinnati, Ohio to the United States District Court for the Southern District of Ohio, Western Division. The grounds for this removal are as follows:

1. Plaintiff filed his Complaint on September 9, 2022, in the Hamilton County Municipal Court (Small Claims Division) in Cincinnati, Ohio, captioned *Michael Schwartz v. The Litigation Practice Group PC*.

2. Plaintiff's Complaint asserts, *inter alia*, claims under the Telephone Consumer

1

Protection Act, 47 U.S.C. § 227, against Defendant.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which Defendant is entitled to remove to this Court under 28 U.S.C. § 1441, in that the action includes a claim arising under the laws of the United States, specifically the Telephone Consumer Protection Act, 47 U.S.C. § 227.

4. This Court has supplemental jurisdiction over Plaintiff's state law claims, to the extent any are asserted, under 28 U.S.C. § 1367, in that any potential state law claims arise out of the same case or controversy as the federal claims alleged.

5. Removal to this Court is proper because this is the "district and division embracing the place where [the state court] action is pending." 28 U.S.C. § 1441(a).

6. Attached hereto as Exhibit A is a copy of the Complaint filed by Plaintiff.

7. Attached hereto as Exhibit B is a copy of the Docket in the state court action.

8. This removal is filed within thirty (30) days of service of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action against the Defendant is based.

9. Promptly after the filing of this Notice of Removal, the Defendant will give written notice thereof to Plaintiff and will file a copy of this Notice with the Hamilton County Municipal Court (Small Claims Division) in Cincinnati, Ohio.

WHEREFORE, Defendant hereby gives notice that the above-captioned action filed by Plaintiff is hereby removed to this Court.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN, LPA**

*/s:/ Matthew T. Anderson*
_____
Christopher R. Pettit (0069926)
Matthew T. Anderson (0082730)
Kyle T. Anderson (0097806)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Tel.: (614) 229-4403
Fax: (866) 345-4948
Email: cpettit@lnlattorneys.com
 manderson@lnlattorneys.com
 kanderson@lnlattorneys.com
*Attorneys for Defendant The Litigation Practice Group PC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via regular U.S. mail this 7th day of October, 2022, upon the following:

Michael Schwartz
3968 Lowry Avenue
Cincinnati, Ohio 45229
*Pro Se Plaintiff*

    */s/ Matthew T. Anderson*
    _____
    Matthew T. Anderson (0082730)