# Hamilton County Municipal Court, Cincinnati, Ohio
## Small Claims Complaint

Case No. **22CV18316**

**Plaintiff(s):**
Michael Schwartz
3968 Lowry Ave
Cincinnati, OH 45229
Phone Number: 8176006805

☐ In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

VS.

**Defendant(s):**
The Litigation Practice Group PC
17542 E 17th St STE 100
Tustin, CA 92780

Amount $ 6,000

Plaintiff says that there is due and owing from the defendant(s) the sum of 6000 dollars

For the following reason(s): I have received multiple unsolicited calls from Debt Management Center, an agent acting on behalf of The Litigation Practice Group PC. On 8/22/22, I spoke with Austin Johnson, an employee of defendant, who said his company uses a call center to cold call people with no regard for the TCPA or the National Do Not Call registry. My number is listed on the National DNC registry; therefore, The Litigation Practice Group and its agent have knowingly and willfully violated the TCPA and my rights as a consumer.

Interest, if applicable, from the _____ day of _____, _____ Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) Daniel S. March
17542 E 17th St STE 100
Tustin, CA 92780

(2) _____

Notice to the Defendant: The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., Rm. 265 at 9:30 / ~~10:30~~ A.M., on: Oct 25, 2022

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202. If you admit the claim but desire time to pay, you may make such a request at the trial.

**Memorandum to the Plaintiff**
Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. On accident cases involving a motor vehicle, you must bring your title to the vehicle.
Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _[signature]_
Signature of Plaintiff/Attorney
Attorney ID No.

Attorney Address Only

Phone No.

Subscribed and sworn to before me this 9th day of Sep, 2022

_[signature]_
Clerk, Deputy Clerk, Notary Public