**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL SCHWARTZ, | Case No. 1:22-cv-581 |
|     Plaintiff, | |
| | Cole, J. |
|     vs. | Bowman, M.J. |
| THE LITIGATION PRACTICE GROUP, PC, | |
|     Defendant. | |

**DEFICIENCY ORDER**

On November 3, 2022, Plaintiff filed a motion for leave to file an Amended Complaint. (Doc. 5). However, Plaintiff did not attach the proposed amended complaint to the motion to amend. In order for the Court to properly rule on Plaintiff's pending motion, Plaintiff must file his proposed amended complaint within **TEN (10) DAYS**. Plaintiff's failure to timely comply with this Order may result in denial of his motion to amend.

**IT IS SO ORDERED.**

    *s/Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge